IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CEDRIC PLOTT, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No.  7:13-cv-770-JHH-TMP |
| ) | |
| DAVID ABSTON, Warden; and the ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

### MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on October 8, 2014, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief.  No objections to the report and recommendation have been filed.  Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED.

It is therefore ORDERED that the petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is DENIED and DISMISSED WITH PREJUDICE.

DONE the 29th day of October, 2014.

/s/ James H. Hancock
SENIOR UNITED STATES DISTRICT JUDGE